**STATE of Missouri, Respondent,**

v.

**William T. JONES, Appellant.**

**No. WD 35551.**

Missouri Court of Appeals,
Western District.

Jan. 15, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

Application to Transfer Denied April 2, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

PER CURIAM.

Appeal from conviction for first degree robbery, Section 569.020, RSMo 1978, and sentence of twenty years imprisonment as a "dangerous offender", Section 558.016.4, RSMo Supp.1983.

Judgment affirmed. Rule 30.25(b).